# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JACOBS, DENNIS | Court of Appeals, 2d Circuit | 04/28/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2007 to 12/31/2007 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. Courthouse 500 Pearl Street New York, N.Y. 10007 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -5 A 10: 29

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 04/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Friends of the Hebrew University | January 14-21, 2007 | Jerusalem, Israel | Scholar in Residence | Travel, food, lodging, for Judge █████ |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Muni Bond: New York, NY Rfdg - Ser A FSA-CR 7/23/98 | C | Interest | L | T | | | | | |
| 2. Muni Bond: New York City Ser H G/O Book Entry 1/28/97 | D | Interest | | | Full Call | 09/04 | M | | |
| 3. Muni Bond: New York NY Ser D FGIC 11/18/97 | C | Interest | L | T | | | | | |
| 4. Muni Bond: Long Island Pwr Au Elec Sys Gen Rv-A 5/1/98 | B | Interest | K | T | | | | | |
| 5. Muni Bond: Long Island Pwr Au Elec sys Rev GenMBIA 10/15/98 | C | Interest | L | T | | | | | |
| 6. Muni Bond: New York NY Ser H-FGIC-TCRS UNLTD/TAX 3/29/01 | B | Interest | K | T | | | | | |
| 7. Muni Bond: New York ST DORM AUTH REVS SER-B-E.T.M. 7/1/90 | B | Interest | K | T | | | | | |
| 8. Muni Bond: New York ST DORM AUTH REVS RFDG-ST UNIV 8/1/93 | C | Interest | L | T | | | | | |
| 9. Muni Bond: New York ST TWY AUTH SVC CRCT REV RFDG 8/15/98 | C | Interest | L | T | | | | | |
| 10. Muni Bond: New York ST TWY AUTH SVC CRTC REV RFDG F9/1/97 | B | Interest | K | T | | | | | |
| 11. Muni Bond: New York ST URB DEV CRP RV-B-CRCTL FACS 11/1/98 | C | Interest | L | T | | | | | |
| 12. Muni Bond: LI NY Pwr Au Elec Sys Gen Rv DTD 5/1/98 | D | Interest | M | T | | | | | |
| 13. Muni Bond: Greenwich NY Cent Sch Dist Rfdg DTD 6/24/02 | C | Interest | L | T | | | | | |
| 14. Muni Bond: NY St Twy Auth Hwy & Brdg Rfdg Ser C 7/1/02 | C | Interest | L | T | | | | | |
| 15. Muni Bond: NY St TWY Auth Hwy & Brdg Rfdg Ser C 7DTD7/1/02 | C | Interest | L | T | | | | | |
| 16. Muni Bond: NY St Twy Auth Hwy & Brdg Rfdg Ser B DTD 7/1/00 | D | Interest | L | T | | | | | |
| 17. Muni Bond: NYS Twy Auth Svc Cont Rev Rfdg DTD 8/7/02 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Muni Bond: NY St UDC Corr & Youth Facs Svc Contract 11/26/02 | B | Interest | K | T | | | | | |
| 19. Muni Bond: New York NY Ser F MBIA IBC OID 11/21/96 | B | Interest | | | Full Call | 09/04 | K | | |
| 20. Muni Bond: NYS Dorm Au Rev Upstate CNMTY 3/3/05 | B | Interest | K | T | | | | | |
| 21. Muni Bond: NYC G/O Ser E Ref FSA 11/10/04 | B | Interest | K | T | | | | | |
| 22. Muni Bond: NYNY Ser L MBIA IBC 6/10/97 | B | Interest | K | T | | | | | |
| 23. Muni Bond: NYNY Ser L MBIA IBC 6/10/97 | B | Interest | | | Full Call | 08/01 | K | | |
| 24. Muni Bond: NYNY Ser L U/T MBIA 6/10/97 | B | Interest | | | Full Call | 08/01 | K | | |
| 25. Muni Bond: NYNY Ser L U/T MBIA 6/10/97 | B | Interest | | | Full Call | 09/04 | K | | |
| 26. Muni Bond: NYNY Ser H-FGIC 3/29/01 | D | Interest | L | T | | | | | |
| 27. Muni Bond: NYNY Rfdg-SerG-6/3/02 | C | Interest | L | T | | | | | |
| 28. Muni Bond: NYSt.Thruway Auth. 2nd Highway & Bridge 9/8/05 | | None | K | T | Buy | 09/26 | K | | |
| 29. Muni Bond: NYSt. Thruway Auth. 2nd Highway & Bridge 9/8/05 | B | Interest | K | T | Buy | 01/10 | K | | |
| 30. Muni Bond: NYC G/O Ser.O 6/2/05 | B | Interest | K | T | Buy | 10/31 | K | | |
| 31. Muni Bond: NYC G/O Ser C 8/3/05 | | None | K | T | Buy | 09/26 | K | | |
| 32. Muni Bond: NYSt, Thruway Gen Rev Ser H 10/11/07 | | None | K | T | Buy | 10/17 | K | | |
| 33. Money Market: Western Asset NY Muni Money Market | A | Interest | K | T | | | | | See part VIII |
| 34. Checking: Chase Manhattan Bank, NYC | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Chase Manhattan Mortgage Corp: Escrow Account | A | Interest | J | T | | | | | |
| 36. Fidelity Rollover IRA | G | Int./Div. | P1 | T | | | | | |
| 37. - Fidelity Spartan 500 Index | | | | | | | | | |
| 38. - Fidelity Cash Reserves | | | | | | | | | |
| 39. - Baron Growth Fund | | | | | | | | | |
| 40. - Dodge & Cox Stock Fund | | | | | | | | | |
| 41. - Royce Total Return Fund | | | | | | | | | |
| 42. - American Growth Fund of America | | | | | | | | | |
| 43. - Dreyfus Mid-Cap Fund | | | | | | | | | |
| 44. - Bond: Fedl Home Loan Bank Bonds | | | | | | | | | |
| 45. - Bond: Fedl Farm Cr Bks Cons Bd | | | | | | | | | |
| 46. - Bond: Fedl Farm Credit Banks Funding Corp | | | | | | | | | |
| 47. - Bond: Fedl Home Ln Bk 5/13/11 | | | | | | | | | |
| 48. - Bond: Fedl Farm CR Bks FDG 12/20/10 | | | | | | | | | |
| 49. - Bond: Fedl Home Ln Bk 11/15/11 | | | | | | | | | |
| 50. - Bond: Fedl Home Ln Bk 11/15/11 | | | | | | | | | |
| 51. - Bond: Fedl Home Ln Bks Glbl 9/16/13 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Bond: Fedl Home Ln Bks 02/13/05 | | | | | | | | | |
| 53.   - Fidelity Contrafund | | | | | | | | | |
| 54.   - Selected American Shares CL D | | | | | | | | | |
| 55.   - Tweedy Browne Global Value Fund | | | | | | | | | |
| 56.   TIAA-CREF | None | | L | T | | | | | |
| 57.   - CREF Stock Account | | | | | | | | | |
| 58. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 04/28/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

With respect to Part VII. Investments and Trusts:

Line 33: On April 30, 2007 all funds in the Smith Barney Muni NY Money Market Portfolio were transferred to the Western Asset New York Muni Money Market Fund. There was no sale of assets or any other transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544